UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLENE DOE, | CASE NO. 2:25-cv-01059-JHC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, | |
| Defendant. | |

     This matter comes before the Court sua sponte.  Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve defendants with a summons and a copy of the complaint within 90 days after the complaint is filed.  If service is not effectuated in this timeframe, the Court "must dismiss the action without prejudice against that defendant," unless Plaintiffs can demonstrate good cause.  *Id*.

     As far as the record shows, Plaintiff failed to serve Defendants within the 90-day time frame.  On December 10, 2025, the Court ordered Plaintiff to show cause within ten days why this action should not be dismissed for failure to comply with Rule 4(m).  Dkt. # 5.  Plaintiff did not respond to the Order to Show Cause and did not serve the Defendant.

/

ORDER - 1

Thus, pursuant to Rule 4(m), the Court DISMISSES this case without prejudice.

Dated this 25th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2